AO 91 (Rev. 08/09) Criminal Complaint

Harwood

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
FEB 24 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| United States of America | ) |
| v. | ) |
| Angelina LEATHERWOOD  1 | ) Case No. 7:20-M-83- |
| Adrian HUNT  2 | ) |
| Eustacio LERMA  3 | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 22nd, 2020** in the county of **Ector** in the
**Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S. Code 841 | Possess with intent to distribute 50 grams or more of actual methamphetamine |

This criminal complaint is based on these facts:
See attached

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Tyler Rodgers, Odessa Police Narcotics Unit
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2-24-2020

_____
*Judge's signature*

City and state:  Midland, Texas    Ronald C. Griffin, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Tyler Rodgers, Detective with the Odessa Police Department Narcotic/Vice Unit being first duly sworn, deposes and states as follows:

1. I am an investigative or law enforcement officer of the Odessa Police Department. I have been employed as a peace officer with the Odessa Police Department for approximately six and half years. For the first four and one half years, I was assigned to Patrol Division. For the past two years, I have been assigned as a detective investigating narcotics and vice offenses. I am currently assigned to the investigation of Angelina LEATHERWOOD, Adrian HUNT, and Eustacio LERMA. Specifically, they are accused of an offense against the United States by possessing a controlled substance with intent to distribute 50 grams or more of Actual Methamphetamine, in violation of 21 United States Code, Section 841.

2. The sole purpose of this affidavit is to establish that there is probable cause to believe that LEATHERWOOD, HUNT, and LERMA engaged in specific criminal activity. This affidavit is made, in part, on the personal knowledge derived from participation in this investigation and, in part, upon information and belief. The source of information and belief are: oral and written reports about this investigation that have been received, either directly or indirectly from other local law enforcement officers. This affidavit does not contain all information known to law enforcement officers concerning this matter.

3. In the month of February, the Odessa Police Department Narcotics Unit received a source of information that a group of subjects identified as LEATHERWOOD, HUNT, and LERMA were involved in the distribution of narcotics to wit: Methamphetamine and Heroin.

4. On 02/22/2020, the Odessa Police Department executed a state search warrant at 320 Geneva that was signed by District Court Judge Whalen. Before the execution of the search warrant, a Black Ford Fusion was observed leaving from the residence, which was occupied by LEATHERWOOD. A traffic stop was conducted and LEATHERWOOD was found to be in possession of 199 grams of methamphetamine. In the trunk of the car, Detectives also located a Beretta 25 caliber semi-auto pistol.

5. Upon the execution of the search warrant, HUNT was detained in the 300 block of Geneva. Both HUNT and LEATHERWOOD were interviewed under *Miranda*, and admitted to possessing and distributing methamphetamine in Ector County. LEATHERWOOD further admitted to distributing one half to one (1) pound of methamphetamine every week for the past three (3) months. HUNT also admitted to distributing the methamphetamine for LEATHERWOOD in increments of quarter ounce to ounces.

6. A search with consent of LEATHERWOOD's phone was conducted and text messages were observed between LERMA and LEATHERWOOD speaking of narcotic sales. Furthermore, LERMA was observed sending LEATHERWOOD the address and Hotel room that LERMA was located at.

7. On the same date, Detectives responded to Mainstate Suites located at 1801 South 385 #128 in attempt to locate LERMA due to him having four (4) active warrants for his arrest. Detectives knocked on the door in an undercover capacity and made contact with LERMA who possessed a Glock 22 .40 caliber pistol in his right hand.

8. Upon detaining LERMA, methamphetamine was observed in plain view. A state search warrant was signed by Judge Whalen and approximately 123 grams of methamphetamine was recovered.

9. LERMA was interviewed and under *Miranda* admitted to possessing and distributing the methamphetamine for LEATHERWOOD.

10. AUSA Glenn Harwood was notified and agreed to prosecute the case.

11. A conviction for a violation of 21 U.S.C. § 841 carries a minimum mandatory term of imprisonment of ten (10) years, and a maximum term of imprisonment of life; a five (5) year minimum mandatory term of supervised release; a $10 million fine; and a $100 special assessment fee.

_____
Detective Tyler Rodgers
Odessa Police Department
Narcotics/Vice Unit

Sworn and Subscribed before me this 24th day of February, 2020.

_____
Ronald C. Griffin
United States Magistrate