UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| United States of America | § | |
| --- | --- | --- |
| | § | |
| vs. | § | NO: MO:20-M -00083(1,2) |
| | § | |
| (1) Angelina Leatherwood | § | |
| (2) Adrian Hunt | § | |

# COURT EXHIBITS, Page 1

| **Exhibit** | **Description** | **Date Admitted** |
| --- | --- | --- |
| 1 | PRETRIAL REPORT | 03/09/2020 |