# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 11, 2022
Lyle W. Cayce
Clerk

No. 21-50462
Summary Calendar

─────────────────

United States of America,

*Plaintiff—Appellee*,

*versus*

Angelina Leatherwood,

*Defendant—Appellant*.

─────────────────

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:20-CR-115-1

─────────────────

Before King, Costa, and Ho, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED as frivolous.

Certified as a true copy and issued
as the mandate on Feb 02, 2022

Attest:
*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 11, 2022

Lyle W. Cayce
Clerk

No. 21-50462
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ANGELINA LEATHERWOOD,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:20-CR-115-1

Before KING, COSTA, and HO, *Circuit Judges.*

PER CURIAM:*

The attorney appointed to represent Angelina Leatherwood has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Leatherwood has not filed a response. We have reviewed

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 21-50462

counsel's brief and the relevant portions of the record reflected therein. It is dispositive that the Government has declined to waive the untimeliness of Leatherwood's appeal. *See United States v. Pesina-Rodriguez*, 825 F.3d 787, 788 (5th Cir. 2016). Thus, we concur with counsel's assessment that the appeal presents no nonfrivolous issues for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 02, 2022

Ms. Jeannette Clack
Western District of Texas, Midland
United States District Court
200 E. Wall Street
Room 222
Midland, TX 79701-0000

    No. 21-50462    USA v. Leatherwood
                           USDC No. 7:20-CR-115-1

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Mary Frances Yeager, Deputy Clerk
                                  504-310-7686

cc:  Mr. Joseph H. Gay Jr.
     Ms. Angelina Leatherwood